UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THURMAN WILLIAMS and<br><br>RONALD IAN BOATRIGHT<br><br>each individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br>FEDERAL BUREAU OF PRISONS<br><br>MICHAEL CARVAJAL, in his official capacity as Director, Federal Bureau of Prisons<br><br>DISTRICT OF COLUMBIA<br><br>QUINCY BOOTH, in his official capacity as Director, D.C. Department of Corrections<br><br>HOPE VILLAGE, INC.,<br><br>DEFENDANTS. | **Civil No.**  1:20-cv-890 |

### EMERGENCY MOTION TO SHORTEN DEFENDANTS' TIME IN WHICH TO RESPOND TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER MOTION

Pursuant to Federal Rule of Civil Procedure 6(c)(1)(C) and 83(b), Plaintiffs move for the entry of an order requiring Defendants to respond on or before Friday, April 3, 2020, to Plaintiffs' application for a temporary restraining order, filed simultaneously with this motion.

Plaintiffs' motion should be granted because the heath crisis caused by COVID-19 is growing at an exponential rate. Plaintiffs are unable to protect themselves adequately from the serious risk posed by COVID-19 as a result of the Defendants' actions challenged in this lawsuit.

Pursuant to requirements mandated by the Federal Bureau Of Prisons, the District of Columbia Department of Corrections, and Hope Village that residents may not leave the facility, Plaintiffs are confined in a facility without adequate space to implement any sort of social distancing, as described by the Center for Disease Control. Given the rapid spread of COVID-19 in the District of Columbia, and particularly in correctional facilities, unless Plaintiffs obtain the relief they seek that will enable them to implement proper CDC protocols, Plaintiffs will be exposed to a potentially life-threatening illness, posing an ever-increasing risk to their physical health.

In order to resolve this matter before Monday, April 6, 2020–the date on which a temporary restraining order must be issued if Plaintiffs are to obtain the relief they seek next week–Plaintiffs have requested a hearing on or before the morning of Monday, April 6, 2020, which would require an expedited response from Defendants. If the application for a temporary restraining order is not ruled upon by Monday, April 6, 2020, Plaintiffs will suffer irreparable injury as a result of the violation of their Eighth Amendment rights.

For the reasons stated above, Defendants should be directed to respond by Friday, April 3, 2020 to Plaintiff's application for a temporary restraining order. A proposed order is filed herewith.

Dated: April 2, 2020            Respectfully submitted,

                                     /s/ Kevin Metz

                                Kevin Metz (D.C. Bar # 494087)
                                Drew Wisniewski (D.C. Bar # 1016351) (pro hac vice pending)
                                Clayton LaForge (D.C. Bar # 1033938)

**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Tel:  (202) 637-2200
kevin.metz@lw.com
clayton.laforge@lw.com

Jonathan Smith (D.C. Bar # 396578)
Emily Gunston (D.C. Bar # 1032056) (pro hac vice pending)
Lyndsay A. Niles (D.C. Bar # 1003427) (pro hac vice pending)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS & URBAN AFFAIRS**
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
jonathan_smith@washlaw.org

*Attorneys for Plaintiffs*