IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THURMAN WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Civil No. 1:20-cv-890-RC |

**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Plaintiffs filed this action on April 2, 2020 asserting claims for violation of the Eighth Amendment and negligence on behalf of residents of Hope Village halfway house in the District of Columbia.  Plaintiffs asserted that the conditions at Hope Village placed the more than 200 residents at unnecessary risk of contracting COVID-19 and prevented the residents from engaging in recommended protective behaviors, including adequate social distancing. Due to the actions of the federal Bureau of Prisons, only three federal prisoners remain at Hope Village as of this date, and the total population at Hope Village has been reduce to less than 15. Hope Village also has announced that it will soon close.  The declaratory and injunctive relief sought by the Plaintiffs has therefore become moot.  In light of the foregoing, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Plaintiffs Thurman Williams et al., by their counsel, hereby dismiss this action without prejudice.

Dated: April 28, 2020

Respectfully submitted,

 /s/ Kevin Metz
Kevin Metz (D.C. Bar # 494087)

Drew Wisniewski (D.C. Bar # 1016351)
(admission pending)
Clayton LaForge (D.C. Bar # 1033938)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW
Washington, DC  20004
Tel:  (202) 637-2200
kevin.metz@lw.com
drew.wisniewski@lw.com
clayton.laforge@lw.com

Jonathan Smith (D.C. Bar # 396578)
Emily Gunston (D.C. Bar # 1032056)
Lyndsay A. Niles (D.C. Bar # 1003427)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS & URBAN AFFAIRS**
11 Dupont Circle, NW, Suite 400
Washington, DC 20036

Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)
**ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA**
915 Fifteenth Street NW, Second Floor
Washington, DC 20005
Tel: (202) 457-0800
artspitzer@gmail.com
smichelman@acludc.org
mperloff@acludc.org

*Attorneys for Plaintiffs*